## Edward A. Stevens et al.
## v.
## St. Mary's Training School et al.

*Municipal Corporations—Misapplication of Public Funds—Sectarian Object—Injunction—Sec. 8, Art. 8, Constitution—Practice—Appeals—Sec. 88, Chap. 110, R. S.*

1. This court dismisses for want of jurisdiction an appeal from an order dissolving an injunction, it being sought to restrain the payment of public funds to defendant on the ground of its being a sectarian institution under church control.

2. Appeals in such cases are granted only to the Supreme Court.

[Opinion filed May 29, 1889.]

Appeal from the Circuit Court of Cook County; the Hon. O. H. Horton, Judge, presiding.

Mr. Francis C. Russell, for appellants.

Messrs. Smith & Pence, for appellee.

Garnett, P. J. The decree in this case, as well as the assignment of errors and the argument of appellants, involve the construction of Sec. 8, Art. 8, of the Constitution of the State. Appeals in that class of cases are granted to the Supreme Court only, by Sec. 88, Chap. 110, Rev. Stat. County of Cook v. Industrial School for Girls, 125 Ill. 540.

The appeal is dismissed for want of jurisdiction.

*Appeal dismissed.*